United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUILHERME RAFAEL CANOA DE OLIVEIRA,<br><br>        Plaintiff,<br><br>   v.<br><br>APPLE, INC.,<br><br>        Defendant. | Case No.  5:18-cv-00735-HRL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| NICHOLAS FORD, a natural person individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>APPLE, INC., a California corporation,<br><br>        Defendant. | Case No.  5:18-cv-00760-HRL |

      Pursuant to Civil Local Rule 3-12(c), the above-entitled cases are hereby REFERRED to

the Honorable Edward J. Davila for consideration of whether they are related to 5:17-cv-07274

EJD *Harvey v. Apple, Inc.*

SO ORDERED.

Dated:   February 6, 2018

_____
HOWARD R. LLOYD
United States Magistrate Judge